# haynes*boone*

September 12, 2011

*Via Hand Delivery*

Hon. Sam Sparks
Austin Division, Western District of Texas
200 W. Eighth Street
Austin TX 78701

      Re:    Federal Court Cause No. A 10 CA 871 SS; *Board of Regents of The University of Texas System and The University of Texas at Austin v. 3D Systems, Inc.*, in the United States District Court for the Western District of Texas, Austin Division.

Dear Judge Sparks,

The parties wish to advise the Court that they have reached a settlement in principle. The parties will endeavor to execute final settlement documents with haste and will keep the Court apprised of further developments.

Best regards,

Leslie C. Thorne
Direct Dial: (512) 867-8445
Direct Fax: (512) 867-8615
leslie.thorne@haynesboone.com

*Counsel for Defendant/Counter-Plaintiff*

Linda Shaunessy
Direct Dial: (512) 475-1652
Direct Fax: (512) 477-2348
linda.shaunessy@oag.state.tx.us

*Counsel for Plaintiffs/Counter-Defendants*

A-246251_1 (3).DOC

Haynes and Boone, LLP
Attorneys and Counselors
600 Congress Ave., Suite 1300
Austin, Texas 78701-3285
Phone: 512.867.8400
Fax: 512.867.8470
www.haynesboone.com